# Third District Court of Appeal

## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1555
Lower Tribunal No. 18-13799
_____

**V-ME Media, Inc., et al.,**
Petitioners,

vs.

**Urpi Rios,**
Respondent.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Veronica A. Diaz, Judge.

Sodhi Spoont PLLC, and Eric M. Sodhi and Joshua L. Spoont, for petitioners.

RC Law Group, and Ria N. Chattergoon (Hollywood), for respondent.

Before SCALES, HENDON and BOKOR, JJ.

PER CURIAM.

Dismissed. <u>Piquet v. Clareway Props. Ltd.</u>, 314 So. 3d 423, 427 (Fla. 3d DCA 2020) (quoting <u>Damsky v. Univ. of Miami</u>, 152 So. 3d 789, 792 (Fla. 3d DCA 2014)) (internal citations omitted) ("[T]he Florida Supreme Court has repeatedly emphasized that [a] finding that the petitioning party has suffered an irreparable harm that cannot be remedied on direct appeal is a condition precedent to invoking a district court's certiorari jurisdiction."); <u>see also</u> <u>Bd. of Trs. of Internal Improvement Tr. Fund v. Am. Educ. Enters., LLC</u>, 99 So. 3d 450, 456 (Fla. 2012) (internal citations and quotations omitted) ("Certiorari jurisdiction does not lie to review every erroneous discovery order, and overbreadth alone is not a basis on which such jurisdiction will be granted.").